EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                      | 2013 TSPR 83   |
| Aprobación de Cambio de Estatus Inactivo de enero a junio de 2013 | 189 DPR ____   |

Número del Caso: EM-2013-2 Y EM-2013-6

Fecha: 24 de julio de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
enero a marzo de 2013          EM-2013-2

Sala de Verano integrada por la Juez Asociada señora Rodríguez Rodríguez, como su Presidenta, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón.

NUNC PRO TUNC

San Juan, Puerto Rico, a 24 de julio de 2013.

Se enmienda Nunc Pro Tunc la Resolución de 16 de abril de 2013, para incluir a los siguientes abogados;

**enero**

| | |
|---|---|
| Ángel Reyes Hernández | 5337 |

**febrero**

| | |
|---|---|
| América García de Rivera | 3135 |
| Jaime Benítez Martínez | 6187 |
| Héctor M. Alejandro Narváez | 6820 |
| Yolanda Maldonado Vivoni | 6897 |
| Ramón Isales Davis | 7626 |
| Lillian J. López Miranda | 8515 |
| José Pérez Anzalota | 8583 |
| Nora I. Rodríguez Figueroa | 9288 |
| Beatriz Castellví Armas | 11,023 |
| Mitchell F. Lamboy Soto | 11,632 |
| Nitza Agrait Vila | 11,719 |
| Hilda M. Marrero García | 11,845 |

Aprobación de Cambio de
Estatus Inactivo de
enero a marzo de 2013                                    Página 2

| Ethel Santisteban Rivera | 11,942 |
| Víctor Rivera Meléndez | 12,650 |
| José A. Alicea Martínez | 14,567 |
| Marta T. González Morell | 14,145 |
| María T. Negrón Medina | 14,995 |
| Juan E. Goytia Pérez | 17,248 |

**marzo**

| Nellie del C. Velázquez Rivera | 7796 |
| Carla J. De La Cruz Brito | 19,210 |

Publíquese.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de Cambio de
Estatus Inactivo de
abril a junio de 2013          EM-2013-6




Sala de Verano integrada por la Juez Asociada señora Rodríguez Rodríguez, como su Presidenta, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón.

RESOLUCIÓN

San Juan, Puerto Rico, a  24  de julio de 2013.

Durante el periodo de abril a junio de 2013, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

**abril**

| | |
|---|---|
| Edwin W. Belén Trujillo | 1682 |
| Jesús Manuel Ríos Martínez | 1750 |
| Ana Rita Rodríguez  Olazagasti | 2180 |
| Jorge Busigó Cifre | 2204 |
| Luis E. Cintrón Renta | 2479 |
| Carmen M. Cotto de Martínez | 2602 |
| Valentín López Llamas | 2920 |
| Luis Marrero Padilla | 3792 |
| Delma S. Arrigoitia Peraza | 4250 |
| Yolanda Rivero Marín | 4257 |
| Wilfredo Meléndez Batista | 6358 |
| Migdalia De Jesús Rivera | 6511 |
| Elisa J. Bobonis Lang | 6815 |
| María Junco Mulet | 7288 |
| Carlos Roca Rosselli | 7784 |
| Luis A. Segarra Palmer | 7985 |
| Diana M. Cabrero Muñiz | 8045 |
| Nilda I. Cruz Aponte | 8763 |
| Arquelio Caraballo Torres | 10,905 |

Aprobación de Cambio de
Estatus Inactivo de
abril a junio de 2013                                    Página 2

| | |
|---|---|
| Rolando Ortiz Velázquez | 10,935 |
| José A. Torres Ramírez | 10,984 |
| María B. González Espinosa | 11,379 |
| Ricardo D. Castrodad Mantecón | 12,944 |
| Éliah Erazo Lozada | 14,127 |
| Camille Lizarribar Buxó | 14,152 |
| Mariela Guadalupe Ithier | 14,571 |
| Josué Hernández Serrano | 14,807 |
| Esther M. Rodríguez Cruz | 15,861 |
| Alexandra C. Morales Alers | 17,157 |

### mayo

| | |
|---|---|
| Myra Sonia Gaetan | 2610 |
| Beatriz M. Cruz de Rivera | 4897 |
| Adalberto Torres Dosal | 5915 |
| Pedro A. Canabal Rodríguez | 6041 |
| Lorenzo Trinidad Lugo | 6748 |
| Kathleen Kely Guillermety | 6918 |
| María S. Rivera Castillo | 7998 |
| Rafael I. Vélez Torres | 9282 |
| Jorge L. Fournier Fernández | 12,006 |
| Rosanna Rivera Llantín | 13,160 |
| José D. Hernández Toro | 14,580 |
| Yanisa Vélez Martínez | 15,029 |
| María Cristina Falcón Font | 15,462 |
| Thomas Douthat Falk | 17,298 |

### junio

| | |
|---|---|
| Tomás Torres Cortés | 1482 |
| Raúl E. Matos Alvarado | 2429 |
| Manuel H. Dubón Otero | 2847 |
| Ovidio Quesada Santiago | 3594 |
| José R. Miranda Quirindongo | 4206 |
| José A. Iguina De La Rosa | 5105 |
| Madeleine Candelario del Moral | 5597 |
| Eileen Herrero Lorenzo | 5818 |
| Francisco Betancourt Ibern | 6206 |
| Naydi C. Nazario Muñiz | 8995 |
| Mónica M. Palleja Muñoz | 17,426 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del
Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo